

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00344-CV

| | | |
|---|---|---|
| JESSICA CHANDLER AND SCULPT POD, INC., Appellants | § | On Appeal from the 462nd District Court |
| | § | of Denton County (17-10144-393) |
| V. | § | October 14, 2021 |
| KMCC ENTERPRISES, LLC; KENNETH WALL; AND MARIA WALL, Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the trial court committed reversible error. We reverse the portions of the trial court's January 25, 2019, August 21, 2019, and November 27, 2019 orders that disallowed any discovery by appellants Jessica Chandler and Sculpt Pod, Inc.; waived all objections to appellees KMCC Enterprises, LLC, Kenneth Wall, and Maria Wall's discovery; and refused to allow Chandler and Sculpt Pod to support their defenses or oppose the claims against them. We affirm the remainder of these orders. We reverse the

June 19, 2020 order and the July 31, 2020 damages judgment. We remand the case for further proceedings.

It is further ordered that appellees KMCC Enterprises, LLC, Kenneth Wall, and Maria Wall, shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
   Justice Dabney Bassel